IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CASSANDRA LITTLE,**                         Civil Action Number
                                             2:13-cv-02329-JAR-DJW

      **Plaintiff,**

  vs.

**ADVANCED CALL CENTER TECHNOLOGIES, LLC,**

      **Defendant.**

## NOTICE OF SETTLEMENT

Plaintiff, by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next fourteen (14) days.

                                       Respectfully submitted,

                                       By: <u>s/ J. Mark Meinhardt</u>
                                       J. Mark Meinhardt KS # 20245
                                       1 E. Washington St. Ste. 500
                                       Phoenix, AZ 85004
                                       913-827-1950
                                       meinhardtlaw@gmail.com
                                       **ATTORNEY FOR PLAINTIFF**